UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CAVNESS,
    Plaintiff,

v.

VICKI HENNESSEY,
    Defendant.

Case No. 16-cv-03300-RS

**ORDER OF DISMISSAL**

Petitioner failed to comply with the Court's order to file an amended petition. Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen must contain an amended petition that complies with the order dismissing the petition with leave to amend. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** August 29, 2016

_____
RICHARD SEEBORG
United States District Judge

No. C 16-03300 RS (PR)
ORDER OF DISMISSAL