UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAVNESS,<br>   Petitioner,<br>  v.<br>VICKI HENNESSEY,<br>   Respondent. | Case No. 16-cv-03300-RS<br><br>**JUDGMENT** |

This federal habeas action having been dismissed, judgment is entered in favor of respondent.

**IT IS SO ORDERED.**

**Dated:** November 3, 2016

_____
RICHARD SEEBORG
United States District Judge