Dear Clerk of the United States District Courts

I am a pre-sentenced detainee in San Francisco County Jail

My name Michael Cavness #15667050

My case was reversed after appeal since this I filed a writ # CV 16-3300 RS (PR) concerning a prior prison conviction that I never served a day in prison, nor was I advised of a strike consequence for future use.

I mailed this writ 10-16-16 from County Jail #5

I have only recieved one responce that stated that court did not recieve my writ mailed to the court

Can you give me any further information concerning this writ

Respectfully submitted

Michael Cavness   12-2-16

FILED DEC 07 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED DEC 07 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Sent to court on 10/26/16

San Francisco Sheriff's Dept.
Prisoner Legal Services
— Bryant Street, Rm. 442
San Francisco, CA 94103

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name: CAVNESS         MICHAEL
      LAST            FIRST            MIDDLE INITIAL

Prisoner Number: 156667050

Institutional Address: 1 MORELAND DR SAN BRUNO CA, 94066
850 BRYANT ST SAN FRANCISCO CA, 94103

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CAVNESS

    Petitioner,

vs.

VICKI L. HENNESSEY
SHERIFF OF SAN FRANCISCO COUNTY
    Respondent(s).

Case Number: A 137912
C 16-03300 RS (PR)
(Provided by the Clerk upon filing)

FIRST AMENDED PETITION
PETITION FOR A WRIT
OF HABEAS CORPUS
MOTION FOR STAY AND ABEYANCE
OR RECALL OF SENTENCE
AND REDUCE TO PC 137

I. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

  A. What sentence are you challenging in this petition?

    1. Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland): THE SUPERIOR COURT OF THE STATE OF CALIFORNIA SAN FRANCISCO CITY AND COUNTY

    2. Court  DEPRT=21

    3. Location 400 McALLISTER ST SAN FRAN CA. 94102
      850 BRYANT ST SAN FRAN, CALIF. 94103

    4. Case number, if known 1776900-CSN 172603

    5. Date and terms of sentence 5-27-1999    2 YEARS-CTS

    6. Are you now in custody serving this term? ("In custody" means in jail, on parole or probation, etc.) USED TO ENHANCE TERM 2013 ........ YES ☑ NO ☐

1

*Petition for a writ of Habeas Corpus*